JEFFREY D. POLSKY (State Bar No. 120975)
FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104
Telephone:    (415) 364-5540
Facsimile:     (415) 391-4436
jpolsky@foxrothschild.com

Attorneys for Defendants
SMART BUSINESS ADVISORY AND
CONSULTING, LLC and SMART &
ASSOCIATES, LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELIANCE GLOBALCOM SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SMART BUSINESS ADVISORY AND CONSULTING, LLC and SMART & ASSOCIATES, LLP, <br><br> Defendants. | Case No. C 12-05950 SI <br><br> **STIPULATION AND ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

      Plaintiff Reliance GlobalCom Services, Inc. and defendants Smart Business Advisory and Consulting, LLC and Smart & Associates, LLP (the "Stipulating Parties") hereby stipulate to and respectfully request that the Court reschedule the Case Management Conference currently scheduled in this action.  In furtherance of this Stipulation, the Stipulating Parties state as follows:

      1.    The Case Management Conference in this action is currently scheduled on March 1, 2013.

      2.    On January 28, 2013, the defendants filed a motion to dismiss this action for lack of subject matter jurisdiction, or, alternatively, to dismiss or stay this action in light of the first-filed related state action (the "Motion to Dismiss").  Dkt. # 18.

FOX ROTHSCHILD LLP
235 Pine Street
Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540

STIPULATION AND ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE
SF1 133814v1 02/06/13

CASE NO. C 12-05950 SI

3.   The hearing on defendant's Motion to Dismiss is currently scheduled on March 15, 2013.  See id.

4.   The Stipulating Parties hereby stipulate to rescheduling the Case Management Conference to March 15, 2013, the same date of the hearing on the Motion to Dismiss.

5.   The Stipulating Parties agree that rescheduling the Case Management Conference to March 15, 2013 will conserve time, effort, and the resources of the Court and the Stipulating Parties by avoiding two hearings and the need for counsel for the Stipulating Parties to appear before this Court on both March 1 and 15, 2013.

NOW THEREFORE, the Stipulating Parties respectfully request that the Court reschedule the Case Management Conference in this action from March 1, 2013 to March 15, 2013.

Dated: February 6, 2013

Respectfully submitted,

FOX ROTHSCHILD LLP

By:  /s/Jeffrey D. Polsky
     JEFFREY D. POLSKY

Attorneys for Defendants
SMART BUSINESS ADVISORY AND CONSULTING, LLC and SMART & ASSOCIATES, LLP

-and-

ARMSTRONG TEASDALE, LLP

By: /s/ Daniel Sakaguchi
    DANIEL SAKAGUCHI

Attorney for Plaintiff
RELIANCE GLOBALCOM SERVICES, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   2/7/13                          _____
                                         Susan Illston
                                         United States District Judge

FOX ROTHSCHILD LLP
235 Pine Street
Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540

2

STIPULATION AND ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE     CASE NO. C 12-05950 SI
SF1 133814v1 02/06/13