JEFFREY D. POLSKY (State Bar No. 120975)
FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104
Telephone:     (415) 364-5540
Facsimile:     (415) 391-4436
jpolsky@foxrothschild.com

Attorneys for Defendants
SMART BUSINESS ADVISORY AND
CONSULTING, LLC and SMART &
ASSOCIATES, LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELIANCE GLOBALCOM SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SMART BUSINESS ADVISORY AND CONSULTING, LLC and SMART & ASSOCIATES, LLP, <br><br> Defendants. | Case No. C 12-05950 SI <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Scheduled Date:  March 15, 2013 <br> Requested Date:  March 29, 2013 |

Plaintiff Reliance GlobalCom Services, Inc. and defendants Smart Business Advisory and

Consulting, LLC and Smart & Associates, LLP (the "Stipulating Parties") hereby stipulate to and

respectfully request that the Court continue the Case Management Conference in this action

scheduled for March 15, 2013 to March 29, 2013.  In furtherance of this Stipulation, the

Stipulating Parties state as follows:

1.      The Case Management Conference in this action was originally scheduled for

March 1, 2013.

2.      On January 28, 2013, the defendants filed a motion to dismiss this action for lack

of subject matter jurisdiction, or, alternatively, to dismiss or stay this action in light of the first-

filed related state action (the "Original Motion to Dismiss").  See Dkt. # 18.  The hearing on the

FOX ROTHSCHILD LLP
235 Pine Street
Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540

STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE
ACTIVE 20121534v1

CASE NO. C 12-05950 SI

1 | Original Motion to Dismiss was originally scheduled for March 15, 2013.

2 |         3.      On February 6, 2013, the Stipulating Parties filed a stipulation to continue the

3 | Case Management Conference in this action from March 1, 2013 to March 15, 2013 to coincide

4 | with the originally scheduled hearing on the Original Motion to Dismiss to conserve time, effort,

5 | and the resources of the Court and the Stipulating Parties by avoiding two hearings and the need

6 | for counsel for the Stipulating Parties to appear before this Court on both March 1 and 15, 2013.

7 | See Dkt. # 23.

8 |         4.      On February 8, 2013, the Court, pursuant to the Stipulating Parties' February 6,

9 | 2013 stipulation, entered an Order continuing the Case Management Conference from March 1,

10 | 2013 to March 15, 2013.  See Dkt. # 25.  The Case Management Conference is, therefore,

11 | currently scheduled for March 15, 2013.

12 |         5.      On February 11, 2013, the plaintiff filed an amended complaint in this action.  See

13 | Dkt. # 26.

14 |         6.      On February 28, 2013, Smart & Associates, LLP filed a motion to dismiss the

15 | amended complaint for failure to join an indispensable party and for lack of subject matter

16 | jurisdiction, or, in the alternative to dismiss or stay this action in light of the first-filed related

17 | state action (the "Motion to Dismiss the Amended Complaint").  See Dkt. # 33.

18 |         7.      On February 28, 2013, the Court consolidated for hearing on March 29, 2013 the

19 | Original Motion to Dismiss and the Motion to Dismiss the Amended Complaint, thereby

20 | continuing the March 15, 2013 hearing on the Original Motion to Dismiss.  See Dkt. # 36.

21 |         8.      The Stipulating Parties hereby stipulate to a continuance of the Case Management

22 | Conference currently scheduled for March 15, 2013 to March 29, 2013, the same date of the

23 | consolidated hearing on the Original Motion to Dismiss and the Motion to Dismiss the Amended

24 | Complaint.

25 |         9.      The Stipulating Parties agree that continuing the Case Management Conference to

26 | March 29, 2013 will conserve time, effort, and the resources of the Court and the Stipulating

27 | Parties by avoiding two hearings and the need for counsel for the Stipulating Parties to appear

28 | before this Court on both March 15 and 29, 2013.

FOX ROTHSCHILD LLP
235 Pine Street
Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540

STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE
ACTIVE 20121534v1

CASE NO. C 12-05950 SI

1      NOW THEREFORE, the Stipulating Parties respectfully request that the Court continue

2  the Case Management Conference in this action from March 15, 2013 to March 29, 2013.

3       Dated: March 1, 2013

4                                              Respectfully submitted,

5                                              FOX ROTHSCHILD LLP

6                                              By:  /s/Jeffrey D. Polsky
                                                    JEFFREY D. POLSKY
7

8                                              Attorneys for Defendants
                                               SMART BUSINESS ADVISORY AND
                                               CONSULTING, LLC and SMART &
9                                              ASSOCIATES, LLP

10                                                       -and-

11                                             ARMSTRONG TEASDALE, LLP

12
                                               By: /s/ Daniel Sakaguchi
13                                                   DANIEL SAKAGUCHI

14                                             Attorney for Plaintiff
                                               RELIANCE GLOBALCOM SERVICES, INC.
15

16
           **PURSUANT TO THIS STIPULATION, IT IS SO ORDERED**
17

18         Dated:  ___3/5/13_____           _____
19                                                Hon. Susan Illston
                                                  United States District Judge
20

21

22

23

24

25

26

27

28

FOX ROTHSCHILD LLP
235 Pine Street
Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540

STIPULATION TO CONTINUE CASE MANAGEMENT                          CASE NO. C 12-05950 SI
CONFERENCE
ACTIVE 20121534v1