IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELIANCE GLOBALCOM,<br><br>        Plaintiff,<br><br>  v.<br><br>SMART BUSINESS ADVISORY,<br><br>        Defendant.<br>_____/ | No. C 12-05950 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>July 26, 2013</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>November 22, 2013</u>.

DESIGNATION OF EXPERTS: <u>12/2/13</u> ; REBUTTAL: <u>12/16/13</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>January 31, 2014</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>February 7, 2014</u>;

    Opp. Due <u>February 21, 2014</u>;   Reply Due <u>February 28, 2014</u>;

   and set for hearing no later than <u>March 14, 2014</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>April 29, 2014</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>May 12, 2014</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Parties have agreed to exchange initial disclosures on April 29, 2013.
May 1, 2013 is the deadline to amend the pleadings.
The parties shall participate in private mediation during June 2013 and will notify the Court by April 12, 2013 of the mediator selected.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 4/1/13

                                            SUSAN ILLSTON
                                            United States District Judge