|   |   |
|---|---|
| 1 | ARMSTRONG TEASDALE LLP |
| 2 | DANIEL SAKAGUCHI (State Bar No. 222722)<br>dsakaguchi@armstrongteasdale.com |
| 3 | 7700 Forsyth Blvd., Suite 1800<br>St. Louis, Missouri 63105 |
| 4 | Telephone:   314.621.5070<br>Facsimile:    314.621.5065 |
| 5 | dsakaguchi@armstrongteasdale.com |
| 6 | ATTORNEY FOR PLAINTIFF<br>RELIANCE GLOBALCOM SERVICES, INC. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| RELIANCE GLOBALCOM SERVICES, INC., | Case No. C 12-05950 SI |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED]**<br>**ORDER TO RESCHEDULE FURTHER**<br>**CASE MANAGEMENT CONFERENCE** |
| SMART & ASSOCIATES, LLP, | |
| Defendant. | **DEMAND FOR JURY TRIAL** |
| | Action Filed November 19, 2012 |

Plaintiff Reliance Globalcom Services, Inc. and Defendant Smart & Associates, LLP hereby stipulate and respectfully request that the Court permit the parties to attend the Further Case Management Conference by telephone and to reschedule the conference as currently scheduled in this action.  In furtherance of this Stipulation, the parties state as follows:

1. The Further Case Management conference in this action has been re-set for Friday, June 28, 2013 at 3 p.m.

2. Counsel for Reliance is scheduled to be in Minneapolis, Minnesota on June 28, 2013 and is scheduled to be boarding a plane shortly after 3 p.m., Pacific Daylight Time.

3. The parties request that the Further Case Management Conference be scheduled at

an earlier hour on June 28, 2013, or at such time thereafter as is convenient for the Court.

4. In order to conserve time, effort and resources, the parties further request that they be permitted to attend the Further Case Management Conference by telephone.

WHEREFORE the parties respectfully request that the Court reschedule the Further Case Management Conference, permit them to attend by telephone and grant such other and further relief as it deems necessary and appropriate.

Dated: June 25, 2013                              Respectfully submitted,

                                                  ARMSTRONG TEASDALE, LLP

                                                  By: /s/ Daniel Sakaguchi
                                                       DANIEL SAKAGUCHI

                                                  Attorney for Plaintiff
                                                  RELIANCE GLOBALCOM SERVICES, INC.

                                                  -and-

                                                  FOX ROTHSCHILD LLP
                                                  By: /s/ Jeffrey D. Polsky
                                                  JEFFREY D. POLSKY

                                                  LURIE, LENT, & FRIEDMAN, LLP
                                                  By: /s/ Michael C. Birch
                                                       MICHAEL C. BIRCH (Admitted *Pro Hac Vice*)

                                                  By: /s/ David E. Lurie
                                                       DAVID E. LURIE (Admitted *Pro Hac Vice*)

                                                  Attorneys for Defendants
                                                  SMART BUSINESS ADVISORY AND
                                                  CONSULTING, LLC and

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  FURTHER CASE MANAGEMENT CONFERENCE RESET FOR  10:30 a.m. pst on 6/28/13 .

Dated:     6/25/13                                /s/ Susan Illston
                                                  Hon. Susan Illston
                                                  United States District Judge