ARMSTRONG TEASDALE LLP
DANIEL SAKAGUCHI (State Bar No. 222722)
dsakaguchi@armstrongteasdale.com
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone:   314.621.5070
Facsimile:    314.621.5065
dsakaguchi@armstrongteasdale.com

ATTORNEY FOR PLAINTIFF
RELIANCE GLOBALCOM SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELIANCE GLOBALCOM SERVICES, INC., | Case No. C 12-05950 SI |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE** |
| SMART & ASSOCIATES, LLP, | |
| Defendant. | **DEMAND FOR JURY TRIAL** |
| | Action Filed November 19, 2012 |

Plaintiff Reliance Globalcom Services, Inc. and Defendant Smart & Associates, LLP hereby stipulate and respectfully request that the Court permit the parties to attend the Further Case Management Conference by telephone and to reschedule the conference as currently scheduled in this action. In furtherance of this Stipulation, the parties state as follows:

1.  The Further Case Management conference in this action has been re-set for Friday, June 28, 2013 at 3 p.m.

2.  Counsel for Reliance is scheduled to be in Minneapolis, Minnesota on June 28, 2013 and is scheduled to be boarding a plane shortly after 3 p.m., Pacific Daylight Time.

3.  The parties request that the Further Case Management Conference be scheduled at

1  an earlier hour on June 28, 2013, or at such time thereafter as is convenient for the Court.

2      4.    In order to conserve time, effort and resources, the parties further request that they be permitted to attend the Further Case Management Conference by telephone.

WHEREFORE the parties respectfully request that the Court reschedule the Further Case Management Conference, permit them to attend by telephone and grant such other and further relief as it deems necessary and appropriate.

Dated: June 25, 2013                                    Respectfully submitted,

                                               ARMSTRONG TEASDALE, LLP

                                               By: /s/ Daniel Sakaguchi
                                                   DANIEL SAKAGUCHI

                                             Attorney for Plaintiff
                                             RELIANCE GLOBALCOM SERVICES, INC.

                                             -and-

                                             FOX ROTHSCHILD LLP
                                             By: /s/ Jeffrey D. Polsky
                                             JEFFREY D. POLSKY

                                             LURIE, LENT, & FRIEDMAN, LLP
                                             By: /s/ Michael C. Birch
                                             MICHAEL C. BIRCH (Admitted *Pro Hac Vice*)

                                             By: /s/ David E. Lurie
                                             DAVID E. LURIE (Admitted *Pro Hac Vice*)

                                             Attorneys for Defendants
                                             SMART BUSINESS ADVISORY AND
                                             CONSULTING, LLC and

    PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  FURTHER CASE MANAGEMENT CONFERENCE RESET FOR  10:30 a.m. pst on 6/28/13 .

Dated:      6/25/13                               /s/ Susan Illston
                                             Hon. Susan Illston
                                             United States District Judge

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE
Case No. C 12-05950 SI