JEFFREY D. POLSKY (State Bar No. 120975)
FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104
Telephone:     (415) 364-5540
Facsimile:      (415) 391-4436
jpolsky@foxrothschild.com

Attorneys for Defendants
SMART & ASSOCIATES, LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELIANCE GLOBALCOM SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SMART & ASSOCIATES, LLP, <br><br> Defendant. | Case No. C 12-05950 SI <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Reliance Globalcom Services, Inc. and Defendant Smart & Associates, LLP hereby stipulate that this action and all claims asserted by Plaintiff against Defendant in this action are hereby dismissed, with prejudice. It is further stipulated that each party shall bear its own attorneys' fees and costs, and that each party hereby waives any right to appeal. Any and all remaining issues are waived. The Clerk shall close this file.

DATED: August 8, 2013

Respectfully submitted,
FOX ROTHSCHILD LLP

By: /s/Jeffrey D. Polsky
       JEFFREY D. POLSKY

//

//

FOX ROTHSCHILD LLP
235 Pine Street
Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540

STIPULATION OF DISMISSAL
ACTIVE 22087322v1

1

CASE NO. C 12-05950 SI

LURIE, LENT, & FRIEDMAN, LLP
By: /s/Michael C. Birch
    MICHAEL C. BIRCH (Admitted *Pro Hac Vice*)

By: /s/David E. Lurie
    DAVID E. LURIE (Admitted *Pro Hac Vice*)

Attorneys for Defendant
SMART & ASSOCIATES, LLP

-and-

ARMSTRONG TEASDALE, LLP

By: /s/ Daniel Sakaguchi
    DANIEL SAKAGUCHI

Attorney for Plaintiff
RELIANCE GLOBALCOM SERVICES, INC

**PURSUANT TO THIS STIPULATION, IT IS SO ORDERED**

Dated:   8/13/13

Hon. Susan Illston
United States District Judge

FOX ROTHSCHILD LLP
235 Pine Street
Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540

STIPULATION OF DISMISSAL
ACTIVE 22087322v1

2

CASE NO. C 12-05950 SI